868 A.2d 1007

IN THE MATTER OF MARVIN S. DAVIDSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 255181969).

March 9, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–259, concluding that **MARVIN S. DAVIDSON** of **ORANGE**, who was admitted to the bar of this State in 1969, should be reprimanded for violating *Rule* 1:21–6 (record-keeping violations), and *RPC* 1.15 (failure to safekeep property), and good cause appearing;

It is ORDERED that **MARVIN S. DAVIDSON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.